452 A.2d 57

Commonwealth v. Peluso, Appellant.

Submitted November 18, 1981. Frederick J. Lanshe, for appellant; William Platt, District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and HOFFMAN, JJ.

Judgment of sentence affirmed.